## Finley Barrell, Appellant, v. Lake Forest Water Company, Appellee.

## Gen. No. 6,399.    (Not to be reported in full.)

Appeal from the Circuit Court of Lake county; the Hon. CLAIRE C. EDWARDS, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed August 7, 1917.

### Statement of the Case.

Bill by Finley Barrell, complainant, against Lake Forest Water Company, defendant, for injunction to restrain defendant from shutting off water from complainant's premises for his refusal to pay defendant's bill demanded for water theretofore furnished complainant by defendant during the months of July, August and September, 1913. From a decree dismissing the bill for want of equity, complainant appeals.

FREDERICK SASS and A. F. BEAUBIEN, for appellant.

COOKE, POPE & POPE, for appellee.

MR. JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. WATERS AND WATERCOURSES—*when not shown that water meter is defective*. Evidence *held* sufficient to warrant the finding that allegations of a bill that defendant's meter was a "fast meter" and registered more water than was used by complainant were not proved, in a suit by a water user against a water company to enjoin it from shutting off water from complainant's premises.

2. APPEAL AND ERROR, § 1394*—*when decree of chancellor not disturbed*. Where the proof warrants the conclusion reached by the chancellor on the facts, the decree based thereon should not be disturbed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. PLEADING, § 453*—*when replication is waived.* When a case proceeds to trial upon the pleadings and proofs without a replication being filed, replication is waived and a sworn answer has no probative force.